1  Eric J. Sinrod (SBN 133363)
   Gregory G. Iskander (SBN 200215)
2  **DUANE MORRIS LLP**
   One Market, Spear Tower, Suite 2000
3  San Francisco, CA 94105-1104
   Telephone: 415-957-3000
4  Facsimile: 415-957-3001

5

6  Attorneys for Defendants
   Kay-Co Investments, Inc. dba Pro30 Funding

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 OPTEUM FINANCIAL SERVICES, LLC,          Case No. C-07-0873 MHP

12          Plaintiff,                      **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

13     v.                                   [Civil L.R. 6-1(a)]

14
   KAY-CO INVESTMENTS, INC. dba PRO30
15 FUNDING, and DOES 1 through 20,

16          Defendants.                     Complaint Filed: February 9, 2007

17

18

19

20

21

22

23

24

25

26

27

28

1  Plaintiff, Opteum Financial Services, LLC, by and through their attorneys, hereby AGREE
2  and STIPULATE:
3  To extend the time in which Defendants, Kay-Co Investments, Inc. dba Pro30 Funding, may
4  answer or otherwise respond to the Complaint, to, through and including March 19, 2007.

Dated: February 23, 2007

REED SMITH LLP

By: _____
Theodore T. Ting

Attorneys for Plaintiff
Opteum Financial Services

Dated: February 26, 2007

DUANE MORRIS LLP

By: _____
Gregory G. Iskander

Attorneys for Defendants
Kay-Co Investments, Inc. dba Pro30 Funding

DM1\755147.1

2/28/2007

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; Case No. C07-0873MHP

1

*Case No. C-07-0873 MHP*

## PROOF OF SERVICE

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is Duane Morris LLP, One Market Plaza, Spear Tower, Suite 2000, San Francisco, California 94105. On the date listed below, I served the following document(s):

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date during normal business hours. Our facsimile machine reported the "send" as successful.

☒ by transmitting by email the document(s) listed above to the email address(es) set forth below on this date during normal business hours, and the transmission was not reported as unsuccessful

Theodore T. Ting
Reed Smith LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
**Mailing Address:** P.O. Box 2084
　　　　　　　　　　Oakland, CA 94604-2084
Tel: (510) 763-2000
Fax: (510) 273-8832
email: tting@reedsmith.com

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. According to that practice, items are deposited with the United States mail on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in the affidavit.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, deposited with Federal Express Corporation on the same date set out below in the ordinary course of business; to the person at the address set forth below, I caused to be served a true copy of the attached document(s).

☐ by causing personal delivery of the document(s) listed above to the person at the address set forth below.

☐ by personally delivering the document(s) listed above to the person at the address set forth below.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: February 26, 2007　　　　　　　　　　*/s/ Lea A. Chase*
　　　　　　　　　　　　　　　　　　　　　　Lea A. Chase

DM1\755147.1