1  Surjit P. Soni (State Bar No. 127419)
   M. Danton Richardson (State Bar No. 141709)
2  Leo E. Lundberg, Jr. (State Bar No. 125951)
   Mark L. Sutton (State Bar No. 120255)
3  THE SONI LAW FIRM
   55 South Lake Ave., Suite 720
4  Pasadena, California  91101
   (626) 683-7600 Telephone
5  (626) 683-1199 Fax
   email: surj@sonilaw.com; danton@sonilaw.com;
6  leo@sonilaw.com; mark@sonilaw.com

7  Attorneys for Defendants/Counter-Claimants,
   ADLER FELS WINERY LLC, SAAL
8  BROWN, INC. dba PACIFIC LICENSING,
   INC., GARY SAAL AND TOM KELLEY STUDIOS, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

| | |
|---|---|
| NOVA WINES, INC., | CASE NO.:   C 06-6149 MHP |
| Plaintiff, | |
| vs. | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING FURTHER STATUS CONFERENCE TO JUNE 25, 2007 AT 3:00 P.M.** |
| ADLER FELS WINERY LLC, SAAL BROWN, INC. dba PACIFIC LICENSING, INC., GARY SAAL AND TOM KELLEY STUDIOS, INC. | |
| Defendants/Counter-Claimants, | **Pre-Trial Conf:** TBD<br>**Time:** 9:00 a.m. |
| vs. | **Trial Date:** TBD<br>**Time:** 9:00 a.m. |
| NOVA WINES, INC., ROBERT HOLDER, DONNA HOLDER, CMG WORLDWIDE, INC., MARILYN MONROE LLC, AND DOES 1 - 10, | |
| Counter-Defendants | |

Case No. C 06-6149
**STIPULATION AND [PROPOSED] ORDER
CONTINUING FURTHER STATUS CONFERENCE TO
JUNE 25, 2007 AT 3:00 P.M.**

StipReCMC 050307.wpd

1  Plaintiff, Nova Wines, Inc., and Counter-Defendants Robert and Donna Holder, on the one hand,
2  and Defendants/Counter-Claimants, ADLER FELS WINERY LLC, SAAL BROWN, INC. dba
3  PACIFIC LICENSING, INC., GARY SAAL AND TOM KELLEY STUDIOS, INC. ("Defendants"), on
4  the other, hereby stipulate to move the Further Status Conference currently set for May 7, 2007, at 3:00
5  p.m., to June 25, 2007, at 3:00 p.m.  The reason for this request it that Defendants' counsel is tied up in
6  another matter in the Central District of California on May 7, 2007, and cannot make the currently
7  scheduled time.  Based on the Court's schedule and the calendars of counsel, June 25, 2007, is the next
8  available date that is clear for all parties to conduct the conference.  Accordingly, the parties respectfully
9  request the Court to continue the Further Status Conference in this matter to June 25, 2007, at 3:00 p.m.

IT IS SO STIPULATED:

Dated: May 3, 2007                                      THE SONI LAW FIRM


                                                        By:    /s/  M. Danton Richardson
                                                               Surjit P. Soni
                                                               M. Danton Richardson
                                                        Attorneys for Defendants/Counter-Claimants
                                                        ADLER FELS WINERY LLC,
                                                        SAAL  BROWN, INC. dba PACIFIC LICENSING, INC.,
                                                        GARY SAAL AND TOM KELLEY STUDIOS, INC.

Dated: May 3, 2007                                      SHARTSIS FRIESE LLP



                                                        By:    /s/ Erick C. Howard
                                                               Anthony B. Leuin
                                                               Erick C. Howard

                                                        Attorneys for Plaintiff/Counter-Defendants,
                                                        NOVA WINES, INC., ROBERT HOLDER and DONNA
                                                        HOLDER

Case No. C 06-6149

**STIPULATION AND [PROPOSED] ORDER
CONTINUING FURTHER STATUS CONFERENCE TO
JUNE 25, 2007 AT 3:00 P.M.**

StipReCMC 050307.wpd                                          2

1  [PROPOSED] ORDER

2  Based on the stipulation of the parties, and good cause appearing therefor, the Further Status

3  Conference currently set for May 7, 2007, at 3:00 p.m., is hereby continued to June 25, 2007, at 3:00

4  p.m.

5  IT IS SO ORDERED

7  Dated: __May 8_____, 2007        UNTIED STATES DISTRICT COURT



Case No. C 06-6149

**STIPULATION AND [PROPOSED] ORDER
CONTINUING FURTHER STATUS CONFERENCE TO
JUNE 25, 2007 AT 3:00 P.M.**

StipReCMC 050307.wpd

3