Terence N. Hawley (SBN 179106)
Theodore T. Ting (SBN 191163)
Cheryl B. Kahn (SBN 241743)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:      510.763.2000
Facsimile:      510.273.8832

Attorneys for Plaintiff Opteum Financial
Services, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OPTEUM FINANCIAL SERVICES, LLC, | No. C-07-0873 MHP |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| KAY-CO INVESTMENTS, INC. dba PRO30 FUNDING, and DOES 1 through 20, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff Opteum Financial Services, LLC

and defendant Kay-Co Investments, Inc., through their respective attorneys of record, that the case

management conference set for May 21, 2007 at 4:00 p.m. be continued to July 2, 2007 at 4:00 p.m.,

or such other time convenient for the Court.  In addition, the parties stipulate that Rule 26 initial

disclosures and the initial case management statement with discovery plan will now be due on June

25, 2007.  Good cause exists for this request because the parties have agreed to a mediation of the

case, currently scheduled for June 11, 2007.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

DATED:  May 3, 2007.

2

REED SMITH LLP

3

4

By_____/s/ Terence N. Hawley_____

5

Terence N. Hawley
Attorneys for Plaintiff
Opteum Financial Services, LLC

6

7

DATED:  May 3, 2007.

8

DUANE MORRIS LLP

9

10

By_____/s/ Gregory G. Iskander_____

11

Eric J. Sinrod
Gregory G. Iskander
Attorneys for Defendants
Kay-Co Investments, Inc. dba PRO30 Funding

12

13

14

15

16

**[PROPOSED] ORDER**

17

18

Upon reading the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED

19

that the case management conference in this case, currently scheduled for May 21, 2007 at 4:00 p.m.

20

is continued to July 2, 2007 at 4:00 p.m.  Rule 26 initial disclosures and the initial case management

21

statement with discovery plan are due on June 25, 2007.

22

23

DATED:  May 9, 2007_____.

24

25

_____

26

MARILYN
UNITED ST

IT IS SO ORDERED

Judge Marilyn H. Patel

27

28

DOCSOAK-9872085.1

USDC C-07-0873 MHP

– 2 –

Stipulation and [Proposed] Order Continuing Case Management Conference

REED SMITH LLP

A limited liability partnership formed in the State of Delaware