Terence N. Hawley (SBN 179106)
Theodore T. Ting (SBN 191163)
Cheryl B. Kahn (SBN 241743)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:    510.763.2000
Facsimile:    510.273.8832

Attorneys for Plaintiff Opteum Financial
Services, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTEUM FINANCIAL SERVICES, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>KAY-CO INVESTMENTS, INC. dba PRO30 FUNDING, and DOES 1 through 20,<br><br>　　　　　　　Defendants. | No. C-07-0873 MHP<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br>AS AMENDED BY COURT |

　　　　IT IS HEREBY STIPULATED by and between plaintiff Opteum Financial Services, LLC ("Opteum") and defendant Kay-Co Investments, Inc., ("Kay-Co") through their respective attorneys of record, that the case management conference set for July 2, 2007 be continued to ~~August 6, 2007~~ September 10, 2007 at 4:00 p.m., or such other time convenient for the Court.  In addition, the parties stipulate that Rule 26 initial disclosures and the initial case management statement with discovery plan will now be due on ~~July 30, 2007~~ September 4, 2007.

1  Good cause exists for this request.  Although the parties had agreed to conduct a private
2  mediation session with Judge Richard Hodge (Ret.) on June 11, 2007, counsel for Kay-Co informed
3  counsel for Opteum on June 4, 2007 that it was contemplating bankruptcy and could not proceed
4  with the mediation in good faith.  However, counsel for Kay-Co also stated that Kay-Co would be
5  willing to discuss entry of a stipulated judgment in favor of Opteum.  The parties are currently
6  engaged in negotiations regarding the stipulated judgment, but will need a brief extension to
7  conclude the negotiations and, assuming an agreement is reached, finalize the terms.

DATED:  June 21, 2007.

REED SMITH LLP

By      /s/ Terence N. Hawley
    Terence N. Hawley
    Attorneys for Plaintiff
    Opteum Financial Services, LLC

DATED:  June 21, 2007.

DUANE MORRIS LLP

By      /s/ Gregory G. Iskander
    Eric J. Sinrod
    Gregory G. Iskander
    Attorneys for Defendants
    Kay-Co Investments, Inc. dba PRO30 Funding

1    <center>**[PROPOSED] ORDER**</center>

3    Upon reading the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED

4    that the case management conference in this case, currently scheduled for July 2, 2007 at 4:00 p.m.

5    is continued to ~~August 6, 2007~~ September 10, 2007 at 4:00 p.m. Rule 26 initial disclosures and the initial case

6    management statement with discovery plan are due on ~~July 30, 2007~~ September 4, 2007.

8    DATED: 7/3/2007 _____.



10   _____
     MARILYN ...
     UNITED ST...

     DOCSOAK-9...